IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ABDINASIR MOHAMAD ADOW, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:16-cv-1928-KOB-TMP |
| ) | |
| SCOTT HASSEL, Warden, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

This matter comes before the court on the respondents' motion to dismiss as moot. (Doc. 13). The magistrate judge filed his report and recommendation on April 5, 2017, recommending that the court grant the motion and dismiss petitioner's 28 U.S.C. § 2241 petition for *habeas corpus* relief as moot. (Doc. 8). No party has filed any objections to the report and recommendation.

Having now carefully considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation. The court finds that the respondents' motion to dismiss as moot is due to be granted and this case is due to be dismissed as moot.

The court will enter a separate Final Order.

DONE and ORDERED this 24th day of April, 2017.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE